UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

v.

    Case No. 21-30582
    Originating No. 2:21-cr-492-12

**PAULA CROWELL,**

    Defendant.

_____/

### GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **PAULA CROWELL,** to answer to charges pending in another federal district, and states:

1. On **December 9, 2021** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Western District of Pennsylvania based on an Indictment. Defendant is charged in that district with violation of 21 U.S.C. §846 - Conspiracy to Distribute and Possess with Intent to Distribute 5 kilograms or more of cocaine, a Schedule II controlled substance.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. See Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    SAIMA S. MOHSIN
    Acting United States Attorney

    s/Thomas Franzinger
    Assistant U.S. Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    thomas.franzinger2@usdoj.gov
    (313) 226-9774

Dated: December 9, 2021